J. E. GREENMAN v. O. C. MELBYE.

December 15, 1899.

Nos. 11,834—(143).

**Appeal Dismissed.**

> Appeal dismissed because the proper persons were not made parties to
> the appeal.

Action in the district court for Clay county against O. C. Melbye,
defendant, and the First National Bank of St. Paul, garnishee.
Thore Alme intervened as claimant of funds disclosed by the garni-
shee to the amount of $401.55. The issues between the intervenor
and plaintiff were tried before Baxter, J., who found that the in-
tervenor was not entitled to judgment, and that the garnishee was
not liable to either of the other parties. From an order denying a
motion for a new trial, plaintiff appealed. Dismissed.

*Tillotson & Campbell* and *Oscar Hallam*, for appellant.

*C. A. Nye*, for respondent.

MITCHELL, J.

The history of this case is closely connected with that of Twohy
Mercantile Co. v. Melbye, supra, page 357. Two or three days after
the Twohy Mercantile Company had garnished the First National
Bank of St. Paul, the defendant Melbye deposited with that bank
the further sum of $110. This, of course, was not subject to the
Twohy Mercantile Company's garnishment. Some weeks later the
plaintiff brought this action against Melbye, and also garnished the
First National Bank. In these garnishee proceedings Alme inter-
vened, and made the same claim to the money as in the Twohy Mer-
cantile Company's action. The court held that the intervenor was
not entitled to the judgment claimed by him in his complaint, nor
for any judgment in this action, and that the garnishee was not
liable in this action to either of the other parties; by which, we
assume, was meant the plaintiff and the intervenor. It appears
from the findings of fact that the reason why the court held that
the intervenor was not entitled to any judgment in this action was

that he had got what he was entitled to in the action of the Twohy Mercantile Company. From an order denying his motion for a new trial, the plaintiff appealed, but made only the intervenor a party to the appeal.

No reason is perceived why the plaintiff was not entitled to judgment against the garnishee for $110, but we cannot consider that question, for the reason that neither the defendant nor the garnishee is before the court. Under the decision of the court, the intervenor has no interest in the fund garnished. As respects the intervenor, the decision of the court was wholly in appellant's favor. If it was erroneously in favor of the defendant or the garnishee, or both, they should have been made parties to the appeal.

Appeal dismissed.